United States District Court
Southern District of Texas
FILED

SEP 2 3 2009

Clerk of Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Gilberto Galvan             §         Case No. 08-70605
                                   §
                                   §
       Debtor(s).                  §

**Application for Payment of Unclaimed Funds**
**and Certificate of Service**

1.     I am making application to receive $2044.29, which was deposited as unclaimed funds on behalf of Gilberto Galvan
(*name of original creditor/debtor*).

2.     Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☑   a.   Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐   b.   Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐   c.   Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐   d.   Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐   e.   Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐   f.   None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 21-09-2009

Applicant's Signature _____
Applicant's Name  Gilberto Galvan
Address  2310 R N. Sugar Rd. Apt. Edinburg TX 78541
Phone: (956) 380-1049

Subscribed and sworn before me this 21 day of September - 2009.

_____ Aguilar
Notary Public
State of Texas
My commission expires March 07, 2012

[Notary seal: AGUILAR, Notary Public, State of Texas, My Commission Expires March 07, 2012]

Attachments:  1. _____
              2. _____
              3. _____
              4. _____

### Certificate of Service

I certify that on 09-21-09 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____
       _____
       _____

## Unclaimed Funds

Unclaimed Funds are funds held by the court for an owner or recipient who is entitled to the money, but who has failed to claim ownership of it. Unclaimed funds may arise out of a variety of circumstances. For example, delivery of a payment may not be possible because of incorrect or incomplete address information for the recipient. The U.S. Courts, as custodians of these funds, have established policies and procedures for holding, safeguarding, and accounting for these funds.

Review the Unclaimed Funds Ledger to see if you are due to receive any funds from this court. If you are due unclaimed funds, follow the requirements below. For questions regarding unclaimed funds, contact the court's Finance department at (713) 250-5875.

**Requirements for Claiming Funds**

1. Submit a notarized Application for Payment of Unclaimed Funds with Certificate of Service.
    a. If the funds were deposited for joint claimants, both must sign the application.
    b. The applicant must have legal standing to make the claim.
2. The Certificate of Service must show that notice of the application has been given to the United States Attorney, United States Trustee and any other party who may have an interest in the funds pursuant to 28 U.S.C. ' 2042. (See addresses listed below.)
3. Submit proposed Order for Payment of Unclaimed Funds
4. Submit specific claimant entity requirements as specified below:

**Individual claimant (without representation):**
a. Current photo identification issued by a government agency (copy of current driver's license or passport for each claimant).
b. Include legible copies of supporting documents establishing the address of record at time of the bankruptcy case (a copy of proof of claim, correspondence from the court, tax forms, telephone or other utility bill).
c. If claiming on behalf of a deceased party, please include a copy of:
   1  A death certificate;
   2  Appropriate probate documents which substantiate applicant's right to act on behalf of decedent's estate.

**Active corporation:**
a. Current franchise tax corporate status in state of incorporation;
b. A current list of officers and directors;
c. Copy of Articles of Incorporation, Articles of Merger or Successor Corporation, etc.;
d. An imprint of the corporate seal;
e. Business card reflecting claimants' name, officer or representative's name and title attached to company letterhead stationery;
f. A photocopy of representative's identification credentials.

**Inactive corporation:**
a. Current franchise tax corporate status in state of incorporation;
b. A final list of officers and directors;
c. Copy of Articles of Incorporation, Articles of Merger or Successor Corporation, etc.;
d. Articles of Dissolution;
e. Date and list of final distribution of assets.

**Sole proprietorship:**
a. Documents substantiating the identity of the sole proprietor and the name under which the business was conducted;
b. Document showing business address at the time of the bankruptcy case (copy of invoice, a sales tax permit, business license).

**Partnership:**
Written documentation from all partners authorizing the representative to claim the funds on their behalf.

**Claimant represented by funds locator:**
a. An original power of attorney with a notarized signature;
b. Specific claimant entity requirements as previously described.

**Submission Address**

Submit original Application for Payment of Unclaimed Funds and Certificate of Service, Proposed Order for Payment of Unclaimed Funds, and specific claimant entity requirements to the following address:

    United States District Court
    P.O. Box 61010
    Houston, TX 77208

**Claimants must serve a copy all documents to the two additional government agencies listed below:**

    U.S. Attorney
    P.O. Box 61129
    Houston, TX 77208

    U.S. Trustee
    515 Rusk Ave., Ste. 3516
    Houston, TX 77002

**Notice must also be served to any other party who may have an interest in the Funds.**