UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/28/2009

IN RE: § Case No. 08-70605-M-13

Gilberto Galvan

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. _59_) is denied for the following reason(s):

1. _____ Applicant's signature is not notarized.

2. _____ Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____ Application was not served on U.S. Attorney and U.S. Trustee.

4. _____ Proposed Order not filed by applicant.

5. ___X___ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____ Other:

Signed _9/28/09_.

United States Bankruptcy Judge